IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEPHEN THOMPSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:19-cv-911 |
| ) | |
| WAKEFIELD & ASSOCIATES, INC. ) | |
| ) | |
| ) | |
| and ) | |
| ) | |
| THE WASHINGTON UNIVERSITY D/B/A ) | |
| WASHINGTON UNIVERSITY PHYSICIANS ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, STEPHEN THOMPSON, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the parties in this matter.

1. The parties are in the process of finalizing their settlement of this matter.
2. The parties expect to file a joint voluntary dismissal with prejudice within the next 60 days as part of that settlement.

**WHEREFORE**, the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 60 days in which to file a notice of dismissal, along with any other relief the Court deems just and proper.

Dated: JUNE 17, 2019

Respectfully Submitted,

**HALVORSEN KLOTE**

By: /s/ Gregory M. Klote
Gregory M. Klote, #66888

                              Joel S. Halvorsen, #67032
                              680 Craig Road, Suite 104
                              St. Louis, Missouri 63141
                              P: (314) 451-1314
                              F: (314) 787-4323
                              greg@hklawstl.com
                              joel@hklawstl.com
                              Attorneys for Plaintiff